UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**JOEY L. NELSON,**

    **Plaintiff,**

v.                                          Case No.  5:23-cv-326-TKW-MJF

**OFFICER BOWELS,**

    **Defendant.**

_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 3).  No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed under 28 U.S.C. §1915A(b)(1) for maliciousness and abuse of the judicial process based on Plaintiff's failure to fully disclose his litigation history. *See Burrell v. Moore*, 854 F. App'x 624 (11th Cir. 2021) ("An action is malicious when a prisoner misrepresents his prior litigation history on a complaint form requiring disclosure of such history and signs the complaint under penalty of perjury....").

Accordingly, it is **ORDERED** that:

1.	The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.	This case is **DISMISSED** without prejudice under 28 U.S.C. §1915A(b)(1) for maliciousness and abuse of the judicial process.

3.	The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 26th day of January, 2024.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**